Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED HUSSAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE REALREAL, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-04678-EMC<br><br>Honorable Judge Edward M. Chen<br>Courtroom 5, 17th Floor<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: June 17, 2021<br>Trial Date: None |

1  Plaintiff, Mohamed Hussain ("Plaintiff") hereby notifies the Court that the
2  claims of Plaintiff have settled on an individual basis.  A notice of dismissal with
3  prejudice of Plaintiff's individual claims and without prejudice of the claims of the
4  purported class in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii)
5  will be filed upon execution of a formal settlement agreement.  Plaintiff reserves
6  the right to reopen within forty-five (45) days if a settlement is not finalized.

Dated: January 28, 2022  Respectfully Submitted,

*/s/ Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

1
NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: January 28, 2022                     */s/ Thiago M. Coelho*
                                             Thiago M. Coelho