1  Thiago M. Coelho, SBN 324715
2  thiago@wilshirelawfirm.com
   **WILSHIRE LAW FIRM, PLC**
3  3055 Wilshire Blvd., 12th Floor
   Los Angeles, California 90010
4  Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989
   *Attorneys for Plaintiff and Proposed Class*
6
7  Melissa T. Daugherty, SBN 227451
   Melissa.Daugherty@lewisbrisbois.com
8  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
9  633 West 5th Street, Suite 4000
   Los Angeles, California 90071
10 Telephone: (213) 250-1800
11 Facsimile: (213) 250-7900
   *Attorneys for Defendant*
12
13              **UNITED STATES DISTRICT COURT**
14         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15
16 MOHAMED HUSSAIN, individually   | Case No.: 3:21-cv-04678-EMC
   and on behalf of all others similarly
17 situated,                       | CLASS ACTION
18              Plaintiff,          | Hon. Judge Edwin M. Chen
19      v.                         | **JOINT STIPULATION TO DISMISS**
20 THE REALREAL, INC., a Delaware   | **CASE WITH PREJUDICE**
   corporation; and DOES 1 to 10,   | **PURSUANT TO F.R.C.P.**
21 inclusive,                      | **RULE 41(A); [PROPOSED] ORDER**
22
23              Defendants.         | Complaint Filed:  June 17, 2021
                                    | Trial Date:       None Set
24
25
26
27
28

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2  Plaintiff Mohamed Hussain and Defendant The Realreal, Inc., stipulate and jointly

3  request that this Court enter a dismissal with prejudice as to Plaintiff's individual

4  claims in their entirety and without prejudice as to the claims of absent putative

5  class members in the above-entitled action. Each party shall bear his or its own fees

6  and costs.

7

8  Dated: August 18, 2022          **WILSHIRE LAW FIRM, PLC**

9
                                   */s/ Thiago M. Coelho, Esq.*
10                                 Thiago M. Coelho, Esq.
                                   *Attorney for Plaintiff and*
11                                 *Proposed Class*

12

13  Dated: August 18, 2022          **LEWIS BRISBOIS BISGAARD &**
                                   **SMITH LLP**
14
                                   */s/ Melissa T. Daugherty, Esq.*
15                                 Melissa T. Daugherty, Esq.
                                   *Attorney for Defendant*
16

17

18                     <u>**SIGNATURE ATTESTATION**</u>

19       I hereby attest that all signatories listed above, on whose behalf this joint

20  stipulation is submitted, concur in the filing's content and have authorized the

21  filing.

22  Dated: August 18, 2022          **WILSHIRE LAW FIRM, PLC**

23
                                   */s/ Thiago M. Coelho, Esq.*
24                                 Thiago M. Coelho, Esq.
                                   *Attorney for Plaintiff and*
25                                 *Proposed Class*

26

27

28

JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137