# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED HUSSAIN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>  v.<br><br>THE REALREAL, INC., a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 3:21-cv-04678-EMC<br><br>CLASS ACTION<br><br>Hon. Judge Edwin M. Chen<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO F.R.C.P. RULE 41(A)**<br><br>Complaint Filed: June 17, 2021<br>Trial Date:     None set |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Mohamed Hussain and Defendant The Realreal, Inc.'s joint request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: August 25, 2022

_____
HON. EDWIN M. CHEN
U.S. DISTRICT COURT JUDGE